UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANUEL VEGA,<br>Defendant. | Case No. 14-cr-00484-PJH-1<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>Re: Docket No. 45 |

Before the court is the government's request for an extension of time to file a response to the order to show cause as to the motion of defendant Manuel Vega to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255.  Doc. no. 45. Counsel for the government represents that it did not receive notice of the order to show cause due to former counsel's departure from the U.S. Attorney's Office.  The government asks for an additional 45 days to comply with the order to show cause, which will provide time for the government to obtain the hearing transcript and prepare an answer to the § 2255 motion.

The court notes that the government did not file a certificate of service of its request for extension of time on Vega, who is proceeding pro se on his § 2255 motion. To avoid unnecessary delay, and good cause appearing to extend the filing deadlines, the court GRANTS the government's ex parte request for additional time to file a response to the order to show cause.  The government is instructed to serve Vega with a copy of its request for extension of time and any future filings.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The government shall file with the court and serve on Vega, within 45 days of the date of this order, (a) a transcript of the January 28, 2015, sentencing hearing; and (b) an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the court should not "vacate, set aside or correct the sentence" on Vega's claim of ineffective assistance of counsel for failure to challenge the prior state conviction in establishing the base offense level.

2. If Vega wishes to respond to the answer, he shall do so by filing a reply with the court and serving it on the government within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge