ALBERT J. BORO, JR. (CA Bar #126657)
ajboro@boro-law.com
BORO LAW FIRM
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 276-5870

Attorneys for Defendant
MANUEL VEGA

```
FILED
Jul 15 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MANUEL VEGA,<br><br>            Defendant. | No. 14-cr-00484-PJH-DMR<br><br>STIPULATION AND ORDER TO CONTINUE HEARING FOR INITIAL APPEARANCE AND ATTORNEY APPOINTMENT TO JULY 22, 2022 |

    Defendant Manuel Vega, by and through his counsel, Albert J. Boro, Jr., who the Court has provisionally appointed to represent him in this matter, and Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Cynthia Johnson, hereby stipulate and agree that the hearing for the initial appearance by Mr. Vega on the Form 12 filed by the U.S. Probation Office (Dkt. #112) and for identification and confirmation of appointment of counsel shall be continued from Thursday, July 21, 2022, at 10:30 a.m., to Friday, July 22, 2022, at 10:30 a.m., due to Mr. Vega being in quarantine for COVID-19 at the Santa Rita Jail.

IT IS SO STIPULATED:

Dated: July 15, 2022                  /s/ Albert J. Boro, Jr.
                                                       ALBERT J. BORO, JR.
                                                       Attorney for Defendant
                                                       MANUEL VEGA

Dated: July 15, 2022

STEPHANIE M. HINDS
UNITED STATES ATTORNEY

*/s/ Cynthia Johnson*\*
CYNTHIA JOHNSON
Assistant United States Attorney

\* Signed with permission.

IT IS SO ORDERED.

Dated: July 14, 2022

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Donna M. Ryu*